No. 85–1841. ROBINSON, BY HIS GUARDIAN AD LITEM, YOUNG *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 4th Cir. Certiorari denied.

No. 85–1850. YARIS ET AL., ON THEIR OWN BEHALF AND AS NEXT FRIENDS OF YARIS, ET AL. *v.* MALLORY ET AL. C. A. 8th Cir. Certiorari denied.

No. 85–6519. BROWN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85–6536. FERRI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 85–6540. ANDREWS *v.* BECHTEL CORP. ET AL. C. A. 1st Cir. Certiorari denied.

No. 85–6620. CASTALDI *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 85–6699. MCCAFFERTY *v.* SOUTH DAKOTA. Sup. Ct. S. D. Certiorari denied.

No. 85–6705. SELLERS *v.* STEIN ET AL. C. A. 6th Cir. Certiorari denied.

No. 85–6710. KOENIG *v.* FOSHEIM ET AL. C. A. 8th Cir. Certiorari denied.

No. 85–6713. CAREY *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 85–6716. SUTTON *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 85–6717. OBOLENSKY *v.* POTTER ET AL. C. A. 2d Cir. Certiorari denied.

No. 85–6718. WILLIAMS *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 85–6724. MAYORGA *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.